UNITED STATES MARSHALS SERVICE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
<u>NOTICE AND ACKNOWLEDGMENT OF</u>
<u>RECEIPT OF CRIMINAL SUMMONS</u>

You must complete the acknowledgment portion of this form and return it in the enclosed self-addressed stamped envelope.

United States of America                    Case 08-CR-056-C

Vs

                                                          April 9, 2008

Walter J. Palmer
c/o Kelley & Wolter P.A.
431 S. Seventh St Ste 2530
Minneapolis MN 55415

<u>ACKNOWLEDGMENT OF RECEIPT</u>

*I DECLARE UNDER PENALTY OF PERJURY, THAT I RECEIVED A COPY OF THE SUMMONS IN THE ABOVE CASE.*

**PLEASE RETURN BY   04/16/08**          Douglas A. Kelley
                                                          (Signature)

**TO AVOID PERSONAL SERVICE**            431 S. 7th St. Suite 2530
                                                          (Street #, Name or P.O. Box)

SIGN, DATE & RETURN IN                      Minneapolis, MN 55415
ENCLOSED ENVELOPE                           (City, State, Zip Code)

                                                          4-11-08
                                                          (DATE)