# United States District Court

FOR THE
Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )   No. 08 CR 056-C<br>)<br>WALTER J. PALMER,              )<br>)<br>Defendant.                    )  | |

APR 22 2008

Walter J. Palmer, the above named defendant, who is accused of making false statements in violation of 18 U.S.C. § 1001, having been advised of the nature of the charge and of his rights, hereby waives, in open court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Walter J. Palmer, Defendant

_____
Stephen P. Sinnott, Witness

_____
Douglas A. Kelley
Counsel for Defendant

Date: April 22, 2008