# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE:_____  DAY:_____  START TIME:_____  END TIME:_____

JUDGE/MAG.:_____  CLERK:_____  REPORTER:_____

PROBATION OFFICER:_____  INTERPRETER:_____  SWORN: YES [ ] NO [ ]

CASE NUMBER:_____  CASE NAME: USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.:_____  DEFENDANT ATTY.:_____

_____  _____

DEFENDANT PRESENT: YES [ ] NO [ ]

**OFFENSE INFORMATION:**

MAXIMUM PENALTY:_____ YR(S) IMPR.;  $_____ FINE;  _____ YR(S) SUPERVISED RELEASE

DEFENDANT AGE:_____  $_____ SPECIAL ASSESSMENT  [ ] RESTITUTION

[ ] INDICTMENT/INFORMATION READ     [ ] DEFENDANT WAIVES READING

**PLEA:**

- GUILTY
- NOT GUILTY
- NO CONTEST
- MUTE

- DEFENDANT SWORN
- PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULING:**

JURY SEL./TRIAL: _____  TRIAL ESTIMATE:_____ DAYS

PTMH/EVID. HRG.: _____ at _____  MOTIONS DUE:_____

FPTC: _____ at _____  FPTC SUBMISSIONS:_____

FINAL HEARING: _____ at _____

**SENTENCING SCHEDULING:**

PRESENTENCE REPORT DUE:_____  OBJECTIONS DUE:_____

SENTENCING :_____ at _____

**DETENTION:**

- ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING:_____ at _____

TOTAL COURT TIME:_____