# COURTROOM MINUTES
# SENTENCING/JUDICIAL REVIEW

DATE:_____   DAY:_____   START TIME:_____   END TIME:_____

JUDGE/MAG.:_____   CLERK:_____   REPORTER:_____

PROBATION OFFICER:_____   INTERPRETER:_____ SWORN:  YES [ ] NO [ ]

CASE NUMBER:_____   CASE NAME:  USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.:_____   DEFENDANT ATTY.:_____

_____   _____

DEFENDANT PRESENT:  YES [ ] NO [ ]

**SENTENCE:**

CT(S). _____:  [ ] INDICTMENT   [ ] INFORMATION

CBOP _____ MOS.; _____ YRS. S/R; $_____ CA; $_____ RESTITUTION; $_____ FINE.

   [ ] VOLUNTARY SURRENDER:  _____ between _____ and _____;
        RELEASE CONDITIONS CONTINUED.

   [ ] DETAINED.

**ACTIONS:**

   [ ] PLEA AGREEMENT ACCEPTED

   [ ] DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

   [ ] DEFENDANT ADVISED OF RIGHT TO APPEAL

   [ ] GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

**NOTES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TOTAL COURT TIME:_____