| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) 08-CR-56-C-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR 08-272 ADM |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western Wisconsin | DIVISION Madison |
| Dr. Walter J. Palmer 11413 Landing Road Eden Prairie, MN 55347 | NAME OF SENTENCING JUDGE Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/15/08 | TO 07/14/09 |

OFFENSE

False Statement to U.S. Fish and Wildlife Service, in violation of 18 U.S.C. § 1001 ; a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Minnesota__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 6, 2008 — Date

*signed* Barbara B. Crabb — United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Minnesota__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

22 August 2008 — Effective Date

*signed* — United States District Judge Ann D. Montgomery



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

2008 AUG 28  AM 11:09

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| --- | --- | --- | --- |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

August 26, 2008

Clerk, U.S. District Court
Robert W. Kastenmeier
 U.S. Courthouse
120 North Henry Street
Madison, WI 53703-4304

Re:   Walter James Palmer
      Our Case Number: CR 08-272 ADM
      Your Case Number: 08-CR-56-C-01

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☐ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☒ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Brenda J. Schaffer, Deputy Clerk

cc:   Jeffrey S. Paulsen, Assistant U. S. Attorney
      Public Defender's Office
      Darren F. Kerns, Probation Officer (Mpls)(All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File CR 08-272 AMD

criminal\transferletter.frm                                      Form Modified 01/28/05