| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery  4/28/09<br><br>C. Signature<br>X  T. Atkins                                ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>U.S. DISTRICT COURT<br>WEST DIST. OF WISCONSIN<br>MAY - 4 2009 |
| 1. Article Addressed to:<br><br>Office of Passport Policy<br>& Advisory Services<br>1111 19th Street NW, Room 260<br>Washington, DC 20522-1705<br><br>(08-cr-56-bbc-1) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0013 8682 2253 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |